UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

INSTA ENTERTAINMENT, INC., a California corporation,

Plaintiff,

v.

BIZZY ENTERTAINMENT, INC., et al.,

Defendants.

Case No.: CV 10-0632-SVW (Ex)

**ORDER FOR PERMANENT INJUNCTION**

The parties hereto having agreed to a settlement of the claims between them, and having stipulated to entry of this permanent injunction, it is hereby ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over Plaintiff Insta Entertainment, Inc. ("Plaintiff") and Defendants Bizzy Entertainment, Inc. and Yu Ling Chung (collectively "Defendants"), and over the subject matter at issue in this action. Defendants consent to the jurisdiction of this Court for the purpose of executing and enforcing this Stipulated Permanent Injunction and the settlement agreement between the parties, and this Court retains jurisdiction for this purpose.

2. The Court hereby permanently ENJOINS Defendants and their offices, agents, employees, attorneys and those acting in concert or conspiracy with them, from:

A. Renting, selling, offering to sell, distributing, exploiting, marketing, advertising, promoting, transferring, shipping, licensing, handling, aiding or assisting in the distribution, or using in any fashion, any unauthorized videotapes, digital video disks or other media containing Plaintiff's licensed and copyrighted programs identified in Exhibit "1" attached hereto.

B. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in above subparagraphs (A).

3. This Stipulated Permanent Injunction may be executed by the parties and their attorneys by counterpart copies, and receipt by facsimile and/or electronic mail transmission of the executed copies shall be legally binding.

4. The Defendants hereby waive any and all rights to appeal from the within Stipulated Preliminary Injunction.

5. Each party shall bear his, her or its own costs and attorneys' fees.

6. The Court shall retain jurisdiction over this matter and the parties to enforce its terms. Any person who violates any of the terms of this Stipulated Permanent Injunction may be punished for contempt.

IT IS SO ORDERED.

Dated: December 21, 2011

The Honorable Stephen V. Wilson
U.S. District Judge

| Barcode | 中文品名Chinese Name | 英文品名English Name | 集數 No. of Episodes | 片數 No. of Discs |
|---|---|---|---|---|
| 882009080012 | 飛躍彩虹 | Over the Rainbow | 16 | 4 |
| 882009080081 | 我叫金三順 | My Lovely Sam-Soon | 16+extra | 4 |
| 882009080050 | 咖啡王子一號店 | Coffe Prince | 17+extra | 4 |
| 882009080067 | 大長今 | Jewel in the Palace | 54+extra | 9 |
| 882009080111 | 賢內助女王 | Queen of Housewives | 16 | 4 |
| 882009080135 | 乞丐變王子 | Cinderella Man | 16 | 4 |
| 882009080098 | 朱蒙 | Jumong | 81 | 11 |
| 882009080074 | 情定大飯店 | Hotelier | 20+extra | 5 |
| 882009080043 | 你從哪顆星星來 | Which Star Are You From | 16 | 4 |
| 882009080173 | 李算 | Yi San | 77 | 6 |
| 882009080029 | 1%戀愛機會 | 1% Something | 26+extra | 4 |
| 882009080104 | 文熙 | Moonhee | 36 | 4 |
| 882009080142 | 火花遊戲 | Fireworks | 17 | 4 |
| 882009080159 | 冰欣戀 | Triple | 16 | 4 |
| 992009080025 | 即使恨也要在愛一次 | Hateful But Once Again | 24 | 4 |
| 992009080018 | 風之國 | The Kingdom of the Winds | 26 | 5 |
| 772009080016 | 妻子的誘惑 | Temptation of Wife | 129 | 6 |
| 772009080061 | 明星的戀人 | Star’s Lover | 20 | 4 |
| 772009080047 | 該隱與亞伯 | Cain and Abei | 20 | 4 |
| 772009080023 | 一支梅 | Iljimae | 20 | 4 |
| 772009080054 | 燦爛的遺產 | Brilliant Legacy | 28 | 4 |
| 992009080032 | 家門的榮光 | Glory of the Family | 54 | 5 |
| 882009080128 | 善德女王（1）（最新發行大片） | Gread Quess | 20 | 4 |
| | 善德女王（2）（最新發行大片） | Gread Quess | 20 | 4 |
| | 善德女王（3）（最新發行大片） | Gread Quess | 20 | 4 |

# EXHIBIT 1